# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FIELDING VAUGHN KIMERY                                                              PLAINTIFF
ADC #133741

v.                                            4:20-CV-00473-SWW-JJV

DEXTER PAYNE; *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Kimery's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official capacity damages claims are dismissed with prejudice.

2. Plaintiff's conspiracy claims are dismissed without prejudice.

3. Plaintiff's claims against Defendants Dexter Payne, James Gibson, James Shipman, Brandon Carroll, Scott Taylor, James Plummer, Mary Lloyd, Roosevelt Jones, Jason Treadwell, Larennetta Smith, Estella Bland, Michael Wood, and Doe are dismissed without prejudice as improperly joined.

4. Defendants Dexter Payne, James Gibson, James Shipman, Brandon Carroll, Scott Taylor, James Plummer, Mary Lloyd, Roosevelt Jones, Jason Treadwell, Larennetta Smith, Estella Bland, Michael Wood, and Doe are dismissed without prejudice from this action.

5. Plaintiff's claims for the loss of his personal property are dismissed without prejudice.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 10th day of June, 2020.

<u>Susan Webber Wright</u><br>
UNITED STATES DISTRICT JUDGE