# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FIELDING VAUGHN KIMERY**                                      **PLAINTIFF**
**ADC #133741**

vs.                              **4:20CV00473-SWW-JJV**

**DEXTER PAYNE;** *et al.*                                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 2nd day of June, 2021.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE